1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VADIM STANLEY MIESEGAES,<br>Plaintiff,<br>v.<br>MALINDA DURNEN, et al.,<br>Defendants. | Case No. CV 20-09945 CJC (RAO)<br><br>JUDGMENT |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

DATED: March 26, 2021

_____
HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE